# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kasold, Bruce E. | US Ct of Appeals - Vet'ns Clms | 07/27/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Judge, US Court of Appeals | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

625 Indiana Ave. NW, Suite 900
Washington, DC 20004-2950

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director Emeritus, Volunteer | Board of Directors, Pentagon Federal Credit Union |
| 2. Trustee | Adam E. Kasold Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pentagon Federal Credit Union (PFCU) | 17-19 January | NYC, NY | PFCU planning conf | Transp, room & board, activities fees |
| 2. | PFCU | 29 April-4 May | Rome, Italy | Defense Credit Union Overseas Conference | Transp, room & board, activiteis fees |
| 3. | PFCU | 3-6 July | West Palm Beach, FL | PFCU planning conf | Transp, room & board, activities fees |
| 4. | Federal Circuit Bar Assoc | 19-21 June | Ashville, NC | Fed Cir Bar Conference | Transp, room & board |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Navy Federal Credit Union Account | A | Interest | L | T | | | | | |
| 2. Pentagon Federal Credit Union Account | A | Interest | J | T | | | | | |
| 3. Chevy Chase Bank Account | A | Interest | K | T | | | | | |
| 4. ING Bank | A | Interest | K | T | | | | | |
| 5. Ally Bank | A | Interest | K | T | | | | | |
| 6. MCD Stock | A | Dividend | J | T | | | | | |
| 7. SUBK Stock | | None | K | T | | | | | |
| 8. USAGX Stock | | None | K | T | | | | | |
| 9. D Stock | A | Dividend | J | T | | | | | |
| 10. BLANK----------- | | | | | | | | | |
| 11. Scottrade Cash | A | Interest | J | T | | | | | |
| 12. SKSRX (formerly GSC) | A | Dividend | | | Sold | 12/22/14 | J | A | |
| 13. PWE Stock | A | Dividend | J | T | | | | | |
| 14. AULO Stock | | None | J | T | | | | | |
| 15. COGC Stock | | None | J | T | | | | | |
| 16. FXPT Stock | | None | J | T | | | | | |
| 17. SOIGF Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SCEY Stock | | None | J | T | | | | | |
| 19. SKYC (formerly YCKM Stock) | | None | J | T | | | | | |
| 20. PBA (formerly PVX Stock) | B | Dividend | | | Sold | 12/26/14 | K | D | |
| 21. SGLRF (formerly PACE (formerly MDOEF) | A | Dividend | J | T | Buy (add'l) | 06/02/14 | J | | |
| 22. MFA Stock | B | Dividend | J | T | | | | | |
| 23. LGCY Stock | B | Distribution | K | T | | | | | |
| 24. CSOL Stock | | None | J | T | | | | | |
| 25. C Stock | A | Dividend | K | T | | | | | |
| 26. HTS Stock | A | Dividend | J | T | | | | | |
| 27. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 28. CBMMA Bond (formerly BLXJF) | A | Interest | J | T | | | | | |
| 29. BRK/B Stock | | None | J | T | | | | | |
| 30. CHK Stock | A | Dividend | K | T | | | | | |
| 31. BBEP Stock | B | Dividend | K | T | | | | | |
| 32. NLY | A | Dividend | | | Sold | 04/30/14 | J | A | |
| 33. BAC | A | Dividend | K | T | | | | | |
| 34. MSFT | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. XLF | | None | J | T | | | | | |
| 36. BLANK---------- | | | | | | | | | |
| 37. Schwab Cash | A | Interest | J | T | | | | | |
| 38. SUBK Stock | A | Dividend | K | T | | | | | |
| 39. MBVA Stock | | None | J | T | | | | | |
| 40. MNR Stock (formerly MNRTA) | B | Dividend | K | T | | | | | |
| 41. FCG Stock | A | Dividend | J | T | | | | | |
| 42. NLY Stock | A | Dividend | | | Sold | 07/14/14 | J | A | |
| 43. ENZN Stock | | None | J | T | | | | | |
| 44. C Stock | A | Dividend | M | T | | | | | |
| 45. CHK+D Stock | B | Dividend | K | T | | | | | |
| 46. CRHVF Stock (formerly JAARF) Stock | A | Dividend | J | T | | | | | |
| 47. WSHLY Stock (formerly WH) | | None | J | T | | | | | |
| 48. EQC Stock (formerly CWH, formerly HRP) | A | Dividend | | | Sold | 08/08/14 | J | A | |
| 49. LGCY Stock | C | Dividend | | | Sold | 12/22/14 | J | A | |
| 50. EVEP Stock | B | Dividend | K | T | | | | | |
| 51. BRKB Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BX Stock | B | Dividend | K | T | | | | | |
| 53. CPLP Stock | A | Dividend | J | T | | | | | |
| 54. PVR Stock | A | Dividend | | | Distributed | 03/24/14 | J | A | |
| 55. T Stock | A | Dividend | J | T | | | | | |
| 56. BSX Stock | | None | K | T | | | | | |
| 57. CHK Stock | A | Dividend | J | T | Sold (part) | 12/22/14 | J | A | |
| 58. CUAEF Stock | A | Dividend | J | T | | | | | |
| 59. FTR Stock | B | Dividend | K | T | Sold (part) | 07/14/14 | J | A | |
| 60. GGLR Stock (formerly GGR) | | None | J | T | | | | | |
| 61. PPRTF Stock | | None | J | T | | | | | |
| 62. SNV Stock | A | Dividend | K | T | | | | | |
| 63. BBEP Stock | B | Dividend | K | T | Sold (part) | 12/22/14 | J | A | |
| 64. RNO Stock | B | Dividend | K | T | Sold (part) | 12/22/14 | J | A | |
| 65. RF Stock | A | Dividend | J | T | | | | | |
| 66. BAC Stock | A | Dividend | K | T | | | | | |
| 67. BP Stock | | None | J | T | Buy | 12/22/14 | J | | |
| 68. RGP Stock | B | Dividend | K | T | Spinoff (from line 54) | 03/24/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SSE Stock | | None | J | T | Spinoff (from line 57) | 07/01/14 | J | | |
| 70. XLF | A | Dividend | J | T | | | | | |
| 71. BCE | A | Dividend | K | T | | | | | |
| 72. T | A | Dividend | K | T | | | | | |
| 73. GSK | A | Dividend | K | T | | | | | |
| 74. BP | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 75. BLANK-------- | | | | | | | | | |
| 76. Schwab IRA1 | | | | | | | | | |
| 77. NLY Stock | A | Dividend | | | Sold | 07/14/14 | J | A | |
| 78. JE Stock (formerly JUSTF) | A | Dividend | J | T | | | | | |
| 79. CSOL Stock | | None | J | T | | | | | |
| 80. PALAF Stock | | None | J | T | | | | | |
| 81. WH Stock | | None | J | T | | | | | |
| 82. EQC+D Stock (formerly CWH+D, formerly HRP+D) | A | Dividend | | | Sold | 08/08/14 | J | A | |
| 83. ANH Stock | A | Dividend | J | T | | | | | |
| 84. CRHVF Stock (formerly JAARF) | A | Dividend | | | Sold | 08/08/14 | J | A | |
| 85. AT Stock | A | Dividend | | | Sold | 12/22/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PCWLF Stock | | None | | | Sold | 01/08/14 | J | A | |
| 87. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 88. TNK Stock | A | Dividend | J | T | | | | | |
| 89. BANR Stock | A | Dividend | J | T | | | | | |
| 90. SNV Stock | A | Dividend | J | T | | | | | |
| 91. RVRCF Stock | | None | J | T | | | | | |
| 92. PGH Stock | A | Dividend | J | T | | | | | |
| 93. FTR Stock | A | Dividend | J | T | | | | | |
| 94. RYJUX | | None | J | T | | | | | |
| 95. T | A | Dividend | J | T | | | | | |
| 96. BP Stock | | None | J | T | Buy | 12/22/14 | J | | |
| 97. PNR Stock | A | Dividend | | | Buy | 01/21/14 | J | | |
| 98. | | | | | Sold | 12/22/14 | J | A | |
| 99. IOO | A | Dividend | J | T | | | | | |
| 100. BLANK---------- | | | | | | | | | |
| 101. Schwab Ed Acct | | | | | | | | | |
| 102. CSOL Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  BLXJF Bond | A | Interest | J | T | | | | | |
| 104.  WH Stock | | None | J | T | | | | | |
| 105.  TNK Stock | A | Dividend | J | T | | | | | |
| 106.  GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 107.  CHK+D | A | Dividend | J | T | | | | | |
| 108.  EQC+D | A | Dividend | | | Spinoff (from line 107) | 08/04/14 | J | | |
| 109. | | | | | Sold | 08/08/14 | J | A | |
| 110.  BLANK---------- | | | | | | | | | |
| 111.  Schwab Trust | | | | | | | | | |
| 112.  BLXJF Bond | A | Interest | J | T | | | | | |
| 113.  WLCDF Stock | | None | J | T | | | | | |
| 114.  EQC+D Stock (formerly CWH+D, HRP+D) | A | Dividend | | | Sold | 08/08/14 | J | A | |
| 115.  NLY Stock | B | Dividend | | | Sold | 07/14/14 | J | A | |
| 116.  CSOL Stock | | None | J | T | | | | | |
| 117.  CRHVF Stock (formerly JAARF) | A | Dividend | | | Sold | 08/08/14 | J | A | |
| 118.  YLWPF Stock | | None | | | Closed | 12/31/14 | J | A | |
| 119.  GGLR (formerly GGR Stock) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BANR Stock | A | Dividend | J | T | | | | | |
| 121. CPKPY Stock | | None | | | Sold | 12/03/14 | J | A | |
| 122. PWE Stock | A | Dividend | J | T | | | | | |
| 123. AEV Stock | A | Dividend | | | Redeemed | 3/17/14 | J | A | |
| 124. PRE+D Stock | A | Dividend | J | T | | | | | |
| 125. PGH Stock | A | Dividend | J | T | | | | | |
| 126. IDG Stock | A | Dividend | J | T | | | | | |
| 127. BFCF Stock | | None | J | T | | | | | |
| 128. BCE | | None | J | T | | | | | |
| 129. GSK | | None | | | Sold | 12/03/14 | J | A | |
| 130. T | A | Dividend | K | T | | | | | |
| 131. XLF | A | Dividend | J | T | | | | | |
| 132. BLANK--------- | | | | | | | | | |
| 133. Schwab IRA2 | | | | | | | | | |
| 134. CSOL Stock | | None | J | T | | | | | |
| 135. PALAF Stock | | None | J | T | | | | | |
| 136. ANH Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NLY Stock | A | Dividend | J | T | | | | | |
| 138. PWE Stock | A | Dividend | J | T | | | | | |
| 139. EQC (formerly CWH, formerly HRP) | A | Dividend | | | Sold | 08/08/14 | J | A | |
| 140. LGCY Stock | A | Dividend | J | T | | | | | |
| 141. KMI (formerly KMP Stock) | A | Dividend | J | T | | | | | |
| 142. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 143. AT Stock | A | Dividend | | | Sold | 12/22/14 | J | A | |
| 144. TNK Stock | A | Dividend | J | T | | | | | |
| 145. BRKB Stock | | None | J | T | | | | | |
| 146. BX Stock | A | Dividend | K | T | | | | | |
| 147. CRHVF Stock (formerly JAARF) | A | Dividend | | | Sold | 08/08/14 | J | A | |
| 148. CHK+D Stock | A | Dividend | J | T | | | | | |
| 149. SNV Stock | A | Dividend | J | T | | | | | |
| 150. FTR Stock | A | Dividend | J | T | | | | | |
| 151. PGH | A | Dividend | J | T | | | | | |
| 152. PBKEF (changed to LSTMF for CY13) | A | Dividend | J | T | | | | | |
| 153. XLF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IOO | A | Dividend | J | T | | | | | |
| 155. BLANK--------- | | | | | | | | | |
| 156. Interactive Brokers | | | | | | | | | |
| 157. AGNC | | None | | | Sold | 01/07/14 | J | | |
| 158. ALJ | | None | | | Sold | 01/7/14 | J | | |
| 159. BP | | None | J | T | Buy | 12/26/14 | J | | |
| 160. CLMT | A | Dividend | | | Sold | 06/30/14 | J | | |
| 161. CLNE | | None | J | T | Buy | 05/19/14 | J | | |
| 162. CSCO | A | Dividend | | | Sold | 04/23/14 | J | | |
| 163. CVI | | None | | | Sold | 01/07/14 | J | | |
| 164. DB | A | Dividend | | | Sold | 06/30/14 | J | | |
| 165. GGR | | None | J | T | | | | | |
| 166. KFN | A | Dividend | | | Sold | 01/07/14 | J | | |
| 167. MITT | A | Dividend | | | Sold | 01/07/14 | J | | |
| 168. MPC | | None | | | Sold | 01/07/14 | J | | |
| 169. MPW | A | Dividend | J | T | | | | | |
| 170. NVS | | None | | | Sold | 01/07/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. OKS | | None | | | Sold | 01/07/14 | J | | |
| 172. PROV | | None | | | Sold | 01/07/14 | J | | |
| 173. RHHBY | A | Dividend | J | T | | | | | |
| 174. RIG | A | Dividend | J | T | Sold (part) | 01/07/14 | J | | |
| 175. SBRA | | None | | | Sold | 01/07/14 | J | | |
| 176. SO | | None | | | Sold | 01/07/14 | J | | |
| 177. SOIGF (X) | | None | J | T | | | | | |
| 178. TNK | A | Dividend | J | T | | | | | |
| 179. VTR | | None | | | Sold | 01/07/14 | J | | |
| 180. Fidelity Annuity Mid Cap | | None | K | T | | | | | |
| 181. Fidelity Annuity Financial Service | | None | K | T | | | | | |
| 182. Fidelity Annuity Energy | | None | K | T | | | | | |
| 183. Fidelity Annuity Contrafund | | None | K | T | | | | | |
| 184. Fidelity Annuity Real Estate | | None | K | T | | | | | |
| 185. Fidelity Annuity Health Care | | None | K | T | | | | | |
| 186. Fidelity Annuity Industrial | | None | J | T | | | | | |
| 187. Allianz (AGI) Annuity | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Columbia Housing P'ship (low income housing throughout US) | | None | | | Redeemed | 04/15/14 | J | | |
| 189. Gatz Properties, LLC (Real estate in Riverhead, NY) | | None | J | W | | | | | |
| 190. Mort note to Atlantic Beach, LLC, Coconut Gorve, FL | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments and Trusts:

Line 12. SKSRX was listed on lines 12 and 38 last year, as within the Scottrade account. Line 38 was correct; line 12 was a duplication, and erroneous.

Line 21. SGLRF was listed on lines 22 and 36 last year, as within the Scottrade account. Line Line 22 was correct; line 36 was a duplication and erroneous.

Line 66. BAC was purchased in 2012 in the Schwab account and was accidently left off my report; it was purchased on 11 and 20 April and 27 December, at J valuations.

Lines 67-70. GDP, BCE, T, and GSK were all purchased at the end of 2013 and were accidently left off my report; they were purchased on 12/10/13, with GDP having J value and the othes having K values.

Line 119. YLWPF has no value; I put the last day of 2014 for lack of a better date.

Line 186. Fidelity Annuity Industrial is an internal sector within an annuity. It was added as a sector on 07/17/2013 and accidently left of my report.

WMT was listed on line 229 last year, as within interactive brokers account, but it also was sold on 09/04/13, J value and A gain, and the sale was accidently not noted.

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/27/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce E. Kasold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544